644

Industrial Board to abide the event, on the authority of *Matter of Smith* v. *Warren Nash Motor Corp.* (233 App. Div. 296), decided at this term. All concur.

EDWARD FRAWLEY, Respondent, v. MICHAEL J. KELLY, Appellant, and Another. PAUL STEWART, Respondent, v. MICHAEL J. KELLY, Appellant, and Another.— Orders unanimously affirmed, with ten dollars costs and disbursements in one action. [139 Misc. 724.]

SAMUEL SHEMIN, Individually and as Executor, etc., of ALBERT HALPERN, Deceased, Appellant, v. SIGMUND H. HALPERN, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

SYLVESTER BUSCH, Respondent, v. JOSEPH LUTZ, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

SYLVESTER BUSCH, Respondent, v. JOSEPH LUTZ, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

THE DELAWARE AND HUDSON RAILROAD CORPORATION, Appellant, v. KATHERINE NORTON and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, without prejudice to a renewal of the application if the trial of the case is unreasonably delayed, or upon the showing of additional facts. Van Kirk, P. J., Hinman, Whitmyer and Rhodes, JJ., concur; Hill, J., votes for affirmance.

CAROLINE E. COX, as Administratrix, etc., of MALACHI F. COX, Deceased, Respondent, v. SEGLIN-HARRISON CONSTRUCTION CO., INC., Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

HARRY SNYDER, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

GEORGE A. BOICE, Respondent, v. NICHOLAS PALLETTE and Another, Appellants. DE FOREST LORMORE, Defendant.— Order unanimously affirmed, with ten dollars costs and disbursements. [140 Misc. 763.]

JAY H. BEDELL and Another, Respondents, v. THE LIVERPOOL AND LONDON AND GLOBE INSURANCE COMPANY, LTD., Appellant, and Others.— Order unanimously affirmed, with ten dollars costs and disbursements.

ALBERT PENNER, Respondent, v. EARL BEST, Appellant.— Judgment unanimously affirmed, with costs.

JOHN F. DALE, Respondent, v. FRED D. HOOVER, Appellant.— Judgment and order unanimously affirmed, with costs.

LELAND J. COE, Respondent, v. JOHN C. REAGAN, Appellant.— Order reversed, on the law and the facts, with costs, the verdict reinstated, and judgment ordered thereon, with costs. All concur.

MARY MARTIN, Appellant, v. CITY OF ALBANY, Respondent.— Judgment and order reversed, on the facts, and new trial granted, with costs to the appellant to abide the event, on the ground that the jury having found liability on the part of the city the verdict is inadequate.█ All concur.

FRANK J. DEEGAN, Respondent, v. FRANK HUNGERFORD, Appellant.†— Judgment and order unanimously affirmed, with costs.

NELLIE LAMPMAN, Respondent, v. DAVID DUNCAN and Others, Appellants.— Judgment and order unanimously affirmed, with costs.

† Affd., 259 N. Y. ——.